CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 23 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERRANCE DANELLE HOLLEY, ) | |
|    Plaintiff, ) | Civil Action No. 7:06-cv-00275 |
| ) | |
| ) | **FINAL ORDER** |
| ) | |
| K. DAVID JONES, et al., ) | By: Samuel G. Wilson |
|    Defendants. ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that this action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); all other pending motions are hereby **DENIED** as **MOOT**; and this case is **STRICKEN** from the active docket of the court. Holley is hereby advised that this dismissal constitutes a second "strike" under 28 U.S.C. § 1915(g).[1]

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 22nd day of May, 2006.

/s/ Samuel G. Wilson
United States District Judge

---

[1] See Holley v. Hensley, 7:05cv00033 (W.D. Va. Jan. 21, 2005).